IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv463

| | |
|---|---|
| LORRAINE E. FINNEY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS ORDERED ADJUDGED AND DECREED** that the Plaintiff's Motion for Summary Judgment is **DENIED**; the Defendant's Motion for Summary Judgment is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE**.

Signed: August 11, 2011

Martin Reidinger
United States District Judge